U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2019 JAN -2 AM 11: 15

CLERK

BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF VERMONT

TOBY TUCKER,
for himself and on behalf of all those
similarly situated individuals,

       Plaintiff,

  v.

PORTFOLIO RECOVERY ASSOCIATES,
LLC,

      Defendant.

**CASE NO. 2:18-cv-00140-cr**

**ORDER OF
DISMISSAL WITH PREJUDICE**

Upon review of the Parties Stipulation for Dismissal with Prejudice, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

Dated: 12/27/18

_____
UNITED STATES DISTRICT JUDGE

1